```
                          UNITED STATES DISTRICT COURT

                          CASE NO.12-22173-CIV-MORENO
                          MAGISTRATE JUDGE P.A. WHITE
```

AMOS WALKER,                    :

    Plaintiff,              :

v.                              :         REPORT OF MAGISTRATE
                                                                           JUDGE

MS. HARRIS, et al.,             :

    Defendants.             :
_____

    This Cause is before a <u>sua-sponte</u> review of the Court file in this case. The pro-se plaintiff was ordered to file a more detailed <u>in forma pauperis</u> motion containing his six month prison account statement as required by 28 U.S.C. §1915 (a) and (b) as amended, on or before August 27, 2012, extended to on or before October 22, 2012. The plaintiff was cautioned that failure to comply with the Court's Orders would result in dismissal of his case. The plaintiff has filed nothing further in this case.

    It is therefore recommended that this case be dismissed without prejudice for lack of prosecution, as demonstrated by the plaintiff's failure to comply with the Court's Order.

    Objections to this Report may be filed with the District Judge within fourteen days after receipt of this Report. The plaintiff may file his six month statement with his Objections and his explanation of why he did not respond to the Court's Order in a timely fashion.

Dated this 5th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Amos Walker, *pro-se*
 M53969
 Santa Rosa Correctional Institution
 Address of record