UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22173-CIV-MORENO

AMOS WALKER,

    Plaintiff,

vs.

MS. HARRIS, et al.,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on plaintiff's complaint **(D.E. No. 1)**, filed on **June 8, 2012**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 12)** on **December 5, 2012**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 12)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

The case is DISMISSED without prejudice for lack of prosecution.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of December, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record